CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Eddie Adrian Chairez**<br>DOB: 1998; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-02600MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 6, 2025, in the District of Arizona, **Eddie Adrian Chairez**, knowing and in reckless disregard of the fact that certain illegal aliens, including Juan Baltazar Ramirez-Juarez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 6, 2025, in the District of Arizona (Tucson), at approximately 8:30 a.m., Border Patrol Agents (BPAs) observed a black 2020 Toyota Camry bearing Arizona license plate KBA6TP travelling west on State Route (SR) 86 towards the Tohono O'odham reservation. Record checks on the Camry returned out of Flagstaff, Arizona. At approximately 10:00 a.m., BPAs observed the same Camry heading east near the intersection of SR 86 and SR 286. The Camry passed through the closed immigration checkpoint near mile marker 146. This travel pattern is commonly seen in vehicles involved in human smuggling. The Camry had dark tinted windows which is a common tactic used by smuggling organizations to prevent law enforcement from seeing inside the vehicle. BPAs pulled behind the Camry and followed it as it made an abrupt turn south onto a dead-end dirt road. The Camry travelled at a high rate of speed down the road until it pulled into a property on West Blue Gecko Place. BPAs initiated a vehicle stop on the Camry as it pulled into the property and as the vehicle stopped, BPAs observed a male, identified as **Eddie Adrian Chairez**, exit the driver's seat and approach their vehicle. BPAs asked **Chairez** for his identification and he walked to the passenger side of the Camry where a female passenger opened the door and handed him his identification. BPAs asked the female passenger for her identification as well and she handed it to them and quickly closed the door. As they were handed the identification, BPAs noticed an individual wearing camouflage sitting in the back seat of the Camry. An immigration inspection was performed on the individual, identified as Juan Baltazar Ramirez-Juarez, and BPAs determined him to be a citizen of Mexico illegally present in the United States. Record checks revealed that Juan Baltazar Ramirez-Juarez does not possess the proper documentation to enter, pass through, or remain in the United States legally. **Chairez** and the female passenger were determined to be United States citizens.

Material witness Juan Baltazar Ramirez-Juarez stated that he is a citizen of Mexico and that he paid $7,000 to be smuggled into the United States. He crossed the border by himself and was guided by cellphone until he reached his pick-up location. The pick-up location was a mile marker that he could not remember, and he was told to wait at the location for a black Lexus. Once a black vehicle approached and came to a stop, someone in the vehicle whistled loudly and Ramirez-Juarez came out from hiding and entered the backseat of the vehicle.
**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Juan Baltazar Ramirez-Juarez ||
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Taylor Garrett<br>Border Patrol Agent |
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 7, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Sabori

Continued from front page.                                                                 25-02600MJ

Inside the vehicle, he noticed two occupants in the front seats, a male driver and female passenger. The driver instructed him to lay down in the backseat. Ramirez-Juarez fell asleep in the backseat and woke up when they were stopped by Border Patrol. A search of Ramirez-Juarez's phone revealed conversations with a scout and a photo of the black Toyota Camry in which he was apprehended.

After waiving his *Miranda* rights, **Eddie Adrian Chairez** stated that while driving with his wife he came across an individual laying on the side of the road and stopped to check on him. The individual then got into his vehicle, and he continued driving. BPAs questioned his story and **Chairez** then told BPAs that he was afraid of being labeled as a snitch in prison but would now tell them the truth. **Chairez** stated that he was contacted by a man about picking up a "package", and he knew that the "package" was an illegal alien. He was going to be paid $2,000 to $3,000 to transport the illegal alien to a McDonalds on Ajo Way. He was given a location on WhatsApp to where he was to pick up the illegal alien and when he arrived a male subject came out of the brush. **Chairez** told the subject to get into the back of the car and he drove until he passed a Border Patrol Agent. When he saw the Border Patrol Agent, he panicked and pulled into a neighborhood. **Chairez** stated that he agreed to pick up the illegal alien because he needed the money.